MAUD VAN BUREN HOLME, Respondent, *v.* JOHN STEWART et. al., Defendants; HOWARD A. SPERRY, Purchaser, Appellant.

*Holme* v. *Stewart*, 25 App. Div. 625, affirmed.
(Argued March 2, 1898; decided April 26, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1898, affirming two orders of the Special Term, the first of which required the appellant to complete a purchase he made at a foreclosure sale of the defendant Stewart's property by direction of and on behalf of the defendant; the second of which denied the appellant's motion, on notice to the plaintiff and defendant to substitute the defendant in appellant's place as purchaser, or to have a resale of the property ordered on terms, or that appellant be permitted to assign the bid to either plaintiff or defendant, or that appellant be relieved of the purchase on terms.

*Howard A. Sperry*, appellant, in person.

*John H. Henshaw* for respondent.

Order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., GRAY and MARTIN, JJ., who dissent on the ground the question is not reviewable in this court.